UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NAMEL NORRIS,                                              CASE NO: 1:22-cv-08406-JMF

    Plaintiff,

vs.

EAST VILLAGE GROCERY & SMOKE
SHOP INC., a New York corporation,
d/b/a EAST VILLAGE SMOKE SHOP,
and DONZELLI REALTY CORPORATION,
a New York corporation,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, NAMEL NORRIS (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses EAST VILLAGE GROCERY & SMOKE SHOP INC., a New York corporation, d/b/a EAST VILLAGE SMOKE SHOP, and DONZELLI REALTY CORPORATION, a New York corporation, without prejudice in this action.

Dated: This 2nd day of February, 2023.

In the event that this case is refiled, counsel is reminded to comply with Rule 4(b) of the Rules for the Division of Business Among District Judges to ensure that the case is assigned to the undersigned. Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.
[signature]
February 3, 2023

Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    bbw@weitzfirm.com

    /S/ Robert J. Mirel
    Robert J. Mirel, Esq. (RM 2974)
    rjm@weitzfirm.com

THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877